IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN HARRIS, § | | |
|    Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. H-04-4779 |
| § | | |
| JOHN POTTER POSTMASTER § | | |
| GENERAL, UNITED STATES § | | |
| POSTAL SERVICE, § | | |
|    Defendant. § | | |

**FINAL JUDGMENT**

On April 20, 2005, the parties consented to proceed before a United States Magistrate Judge, for all further proceedings, including trial and entry of final judgment, under 28 U.S.C. § 636(c). (Docket Entry # 15). On March 14, 2005, Defendant filed a motion to dismiss the claims against it, under Rule 12(b)(1) of the Federal Rules of Civil Procedure. (Docket Entry # 9). By Memorandum Order this date, the court GRANTED that motion. (Docket Entry #24).

Accordingly, it is ORDERED that Plaintiff take nothing, and that the action be DISMISSED on the merits, with prejudice. Each party to bear its own costs.

This is a FINAL JUDGMENT.

The Clerk shall enter this order and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 9th day of September, 2005.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE